Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YASMIN BASHIROVA,** *individually and on behalf of all those similarly situated,* <br><br> Plaintiff, <br><br> vs. <br><br> **LARROUDE INC.** <br><br> Defendant. | Case No.: **3:25-cv-06313-RS** <br><br> Judge Richard Seeborg <br><br><br> **REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, LARROUDE INC.** |

      Pursuant to Fed. R. Civ. P. 55, Plaintiff Yasmin Bashirova requests that the Clerk enter a default against Defendant Larroude Inc. for failure to plead or otherwise defend this action in a timely manner. As support Plaintiff states:

      1.    The Complaint in this matter was filed on July 28, 2025. (See Docket Entry 1.)

      2.    Service of the Summons and Complaint on Larroude Inc. was completed on September 25, 2025. (See Docket Entry 11)

      3.    The deadline for the Defendant to respond to the Complaint was October 16, 2025. (Fed. R. Civ. O. 12(a)(1)(A)(i).)

4. Defendant has not answered, responded to the Complaint, or otherwise sought to defend. The time to answer or respond to the Complaint has now passed and has not been extended.

WHEREFORE, Plaintiff Yasmin Bashirova request that the Clerk enter default against Defendant, Larroude Inc.

DATED: February 5, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated: February 5, 2026

/s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YASMIN BASHIROVA** *individually and on behalf of all those similarly situated,*<br><br>vs.<br><br>**LARROUDE INC.**<br><br>Defendant. | Case No: **3:25-cv-06313-RS**<br><br>Judge Richard Seeborg<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT LARROUDE INC.** |

Upon consideration of the Request for Clerk to Enter Default against Defendant, Larroude Inc. (The "Request") filed by Plaintiff, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1) The Request is GRANTED;

(2) The Clerk of Court is to enter Default in this action upon Larroude Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: