United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YASMIN BASHIROVA,

Plaintiff,

v.

LARROUDE INC.,

Defendant.

Case No. 25-cv-06313-RS

**ORDER STAYING ACTION AND DIRECTING ADMINISTRATIVE CLOSURE**

The parties stipulate that the allegations contained in plaintiff's complaint are subject to binding arbitration pursuant to the Federal Arbitration Act, and that this action should be stayed to permit such arbitration to take place. Good cause appearing, this action is stayed and the parties are directed to pursue arbitration promptly. The Clerk of the Court is directed to close this matter for administrative purposes. Any party may move to reopen should further court proceedings become appropriate and necessary.

**IT IS SO ORDERED**.

Dated: June 30, 2026

_____
RICHARD SEEBORG
Chief United States District Judge